

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,532-01

## EX PARTE FRANK DILLARD PROCTOR, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2023-717-C2A IN THE 54TH DISTRICT COURT MCLENNAN COUNTY

*Per curiam.*

# OPINION

Applicant was convicted of unlawful possession of a firearm by a felon and sentenced to forty-five years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Proctor v. State*, No. 10-24-00184-CR (Tex. App. —Waco Aug. 21, 2025). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, the trial court has determined that, due to happenstance, Applicant was not afforded a full and fair opportunity to present a *pro se* petition for discretionary review.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in cause number 10-24-00184-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:   APRIL 30, 2026
Do not publish